UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-03664-HWV-7

SCOTT M. JANKE  Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-03664-HWV-7

SCOTT M. JANKE  Chapter 7

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 9, 2018 :

DAWN MARIE CUTAIA  
115 E PHILADELPHIA ST  
YORK, PA 17401

Lawrence V. Young  
135 North George Street  
York, PA 17401

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx32349 / 968115