Certificate Number: 17082-PAM-DE-032029830

Bankruptcy Case Number: 18-03664



17082-PAM-DE-032029830

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2018, at 1:56 o'clock PM MST, ANGELA M JANKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 13, 2018    By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director