Certificate Number: 17082-PAM-DE-032029832

Bankruptcy Case Number: 18-03664



17082-PAM-DE-032029832

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 13, 2018, at 1:56 o'clock PM MST, SCOTT M JANKE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 13, 2018              By:      /s/Orsolya K Lazar

                                       Name:    Orsolya K Lazar

                                       Title:   Executive Director